IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
OCT 28  2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Oswald U. Nelson _____, )
_____, )
_____, )
_____, )
    Plaintiff(s),             )

Vs.                          )    Docket/Complaint No._____

Dr. Trainvem and Mental Health Coop and Medical )
or Main Medical and Mental Health provider )
Mrs. Henson (P.C. unit manager); )
Mrs. Pierce (classification) )
    Respondents. (All At Individual and Official Capacity)

~~JURY TRIAL DEMANDED~~
* Settle *

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
**UNDER 42 U.S.C. §1983**

I.    **PREVIOUS LAWSUITS**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes (✓)  No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline.)

Plaintiff(s)  Oswald Nelson _____

_____

_____

1

Defendant(s) Davidson County Sherriffs Office _____

_____

_____

2. Court [if federal court, name the district; if state court, name the county]
Federal Court Nash Davidson _____

3. Docket number: 0514 _____

4. Name of judge to whom case was assigned: Trauger _____

5. Disposition [for example: was the case dismissed? Was it appealed? Is it still pending?]
On appeal now _____

_____

6. Approximate date of filing lawsuit: March, 2011 _____

7. Approximate date of disposition: June, 2012 _____

II. PLACE OF PRESENT CONFINEMENT:

**Hardeman County Correctional Facility**
**2520 Union Springs Road**
**PO Box 549**
**Whiteville, TN 38075-0549**

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is yes,

   1. What steps did you take? grieved, talked to sgt, Lt, Captains, and Wardens and internal Affairs

2

    2.    What was the result? __nuthing__

D.    If your answer is "no" explain why not: __its unexplainable because the who are over me just dont get rule, laws, polices or think that they are above the law__

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    Yes ( )    No ( )

F.    If your answer is yes,

    1.    What steps did you take? _____

    2.    What was the result? _____

### III. PARTIES:

[In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.]

A.    Name of Plaintiff(s): __Oswald U. Nelson__

Address: __P.O Box 549 Whiteville, Tenn. 38075__

3

[In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional Defendants.]

B.  Name of Defendant: *Dr. Traineum*, is employed as *Mental Health* at *Hardemon County Correction*

Name(s) of additional Defendants: *Mental Health Co-op and or Main Medical and Mental Health Provider*

IV.  STATEMENT OF CLAIM:

[State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional sheets if needed.]

4

## V.  RELIEF

[State briefly **EXACTLY** what you want the Court to do for you.]  Make no legal arguments.

Cite no statutes.]

Plaintiff is seeking 10 million from Hardeman Counties Mental Health and Doctors and medical and providers. Plaintiff is seeking 5 million from Corrections Corperation of America and employees

Signed on this __2__ day of __October__, 20_13_.

_____
                                    Plaintiff

I declare under penalty of perjury that the foregoing is true and exact, to the best of my knowledge, information and belief.

__10-2-13__        _____
Date                                 Plaintiff

[Notary seal: EVERETT HUTCHERSON, STATE OF TENNESSEE NOTARY PUBLIC, LAUDERDALE COUNTY]

## DETERMINATION OF NON-INDIGENCY

It appearing based upon the Affidavit of Indigency filed in this Cause and after inquiry made that the Plaintiff is not an indigent person because: _____

_____

_____

_____

_____
                        HONORABLE JUDGE

---

**NOTICE:** If the judge determines that based upon your affidavit you are not eligible to proceed
under a pauper" oath, you have the right to a hearing before the judge or, in those cases that can
be appealed to Circuit Court, a hearing before the Circuit Court Judge.



Defendents Positions and Work
Dr. Trainuem and Main Mental Health Provider
Hardemore County Corrections
Mrs. Henson C.P.C. unit manager / classification
Hardemore County Corrections
Mrs. Pierce (classification)
Hardemore County Corrections
Mr. Corman (R-Dope Program Manager)
Hardemore County Corrections
Corrections Corporation Of America
Hardemore County Corrections
Mrs. Tiptone (medical supervisor)
Hardemore County Corrections
Dr. Kirt (Mental Health Doctor)
Hardemore County Corrections
Mr. Tiptone (officer)
Hardemore County Corrections
Sgt. Robinson
Hardemore County Corrections
The Lady internal affairs
Hardemore County Corrections
Warden Steele
Lois Deberry Special Needs
Bob Erwin
Lois Deberry Special Needs
Dr. O'Toul (Mental Heulth Doctor Lois Deberry Special Needs)
Warden Donahue (Warden Hardemore County Corrections)

Defendents
Mr. Corman (R-Dape Program Manager)
Corrections Corpertum Of America
Mrs. Tiptone (medical supervisor)
Dr. Kirt (mental Health Doctor)
Mr. Tiptone (officer)
Sgt. Robinson
The lady internal affairs
Warden Steele (Deberry Special Needs)
Bob Erwin (Deberry classification)
Dr. O'Toul (Deberry Mental Health Doctor)
Warden Donahue (Hardemone Warden)

Statement Of Claim

Unit Manager Henson (over protective custudy)
She allowed me to be put on Hardemore Counties Compound for knowing I was sent back from Whiteville Corrections by Dr. Turner and Warden Barbee for "Mental" reasons (bi-polar with sycadic features and very paranoide) that I had been serously injuried still injuired, inappropreat touched several times by a male staff at Special Needs ~~happ~~ hadden had any Mental Health treatment because I was working, I had just came off of P.C. at Charles Bass, but conspiraed with Bob Erwin and Dr. Toul to bring me here, but she actually put me on Hardemon Counties Compound (F-unit in August) when Mrs. Lamer, and Mrs. Woods was trying to get me in a program while they were absent Mrs. Henson pushed me out to the compound.

Mrs. Pierce (classification) and Mr. Corman (L-unit R-Dape Manager Federal Program Funds) Conspiraed together on just placing with the proper celly it was possible for me to graduate the program but they wouldn't get me the right celly and they don't want to deal with the open homosexual problems. So they moved me about 5 or 6 times within a couple of months while paranoide, hullecating, and thinking people were prisoning me. Mr. Corman he has 3 or 4 staff under him he wouldn't, I mean wouldn't allow the staff to work with me or even take the fall, because he was so obsessed with me I couldn't even talk to the others with out him jumping in not even allowing them to work. While having all these eposodes Dr. Trainem or Mental Health no were to be found. We were on lock down in August or September I was off all of my Meds for about a month and I ~~He~~ signed a refusal and Mental Health didn't even come see me. Again Mrs. Pierce (classification) (Dr. Trainuem) conspiared with Unit Manager Henson to put me on the main compound both forknowing all my problems. It was Mr. Corman a number of times I would be asking the other staff questions and he would run in agressive and make me stop talking, face the wall and put your hands on the wall. One day he wrote me a class (A) write up ~~because~~ and sent me to the hole because my celly was playing homosexual games. I talked to Sgts., Lt, and Captans but things got worse. About 6 times I've been moved Mrs. Piece but me in the celly with men who try to come on to me Mr. Corman (R-Dape) was made because I wouldn't give in to his homosexual advances. Mr. Corman and Dr. Trainuem knew that I was off of my meds because of the gang voilence up here I cant be on meds and still have to defend my self just like at Lois Deberry Special Needs. They both new that I was hulluceating telling people that they were prisoning me in the chow hall and everywhere else on the compound. Mr. Corman and Dr. Trainuen

allowed me off my meds. not seen for a month and in a unit tripping out. Mr. Corman wouldn't allow th his other 4 or 5 conselours to work with me he would always jump in the middle of our conversation and give me a order to stop talking, Mr. Corman use to make passes at me. Im bi-polar and I was excepted into a behavior modification program. All of these acts are dilibrute indifferences and cruel and unusual for the simple fact that all of these C.C.A. forknew or should've my situations and not conspired for personal gain or just to be mischief

Dr. Trainuem allowed me on the compound forknowing my injuries and Mental Health condition and that I was sent back to Charles Bass for Mental Health then Special Needs were I was working and didn't recieve Mental Health services so I was dilibraly sent up here injuired which was cruel and I told her several times Dr. Trainuem send me back and she didn't so she was anticipating something to happen to me while here and its been some close calls. I've been here since August of 2012 havent seen her but 3 or 4 times and I'm Bi-polar, manic, paranoide syts., She's putting my life in danger with gang violence when my situation at Deberry wasnt my fault the officers could've stopped the fight at any time we actually fought twice and the second time I got hostipalized. She's dilibrately not giving me theraphy I need to see a shrink about once a week I've filed out sick calls and grieved about geting my meds so early at 4:30 or 5:00pm they put me to sleep and theirs gangs members and violent people their moving in Mental Health who arent Mental Health so I have to think about defending myself because I officers arent. When Dr. Trainuem and classification excepted me they knew the seriousness of my Mental Health there knew my injuries and that I needed a lot of therapy and things that not provided here im Level 3 so when I talk to Dr. Trainuem Im telling her can you get me back to Special Needs. Its been about 8 months Im being deprived of services for my Mental Health at Special Needs. Plus we were on lockdown in August 2012 for gang wars Im for whats right, so I sign a refusal for meds. to see Dr. Trainuem and it took her a month to see me in the process Im thinking people prisoning Im paranoide thinking people out to get me and me not in my right mind Im confronting these people and people ready to do harm to me because they dont know my illness and this went on from around August to December

(5)

I'm out of mind confronting people about what their doing but im out of my mind and Dr. Trainuen and no C.C.A staff helped me it was the grace of God. That right their is cruel and unusal and diliberate indifferences. Im continued to be punished for not being involved with staff members and doing right. This wasnt my fault I was injured im Mental Health I wasnt suppose to be in unit 4 I was suppose to be in the Mental Health unit. Officer Perez and McCoy allowed me to be assaulted. I was placed on P.C. then shipped to Hardemore County on P.C., then placed on Hardemon County main compound with underlined tension from the situation. I havent done anything wrong but have been thru so many hands and no is making the right decisions for my Mental Health or my safey, they've all conspired together. Now Im in the Middle still suffering and being deprived of priviliges and safey, and peace of mind because my over seers are at war with each other. So far that should satisfie diliberate indifferences and cruel and unusual punishment. Plus I've witnesses. It was cruel and unusual and diliberate indifferences excepting me back to a C.C.A. faculty under my cercumstances injured with no Mental Health program or services. Thats why the situation at Special Needs occured my meds were off and I keep telling everyone wouldn't no one listen and they continued to put me in very stressful situation. Per T.D.O.C and C.C.A. you are suppose to classified to the best place to satisfie your over all needs. I was at Special Needs im Level 3 with sycodic features, and I was shipped to war just because they weren't doing their jobs at Special Needs. Dr. Trainuen; C.C.A, and Mental Health Coop allowed me to be injured several times, not properly placed, diliberate indiffered and off my Meds. and not enter vening in getting me properly placed and starting my Mental Health theopry which is offered at Lois Deberry Special Needs. I was out of my mind for at least 6 months I grieved about the situation and still nothing really its to late the damage has been done. When I was excepted back to C.C.A. their all for knew all of my situations and my Mental Health problems so I shouldn't have been excepted under all my circumstances, but was and still deprived and diliberately indiffered, because of my Mental condition for this so far 2 year period. I've been incarerated since Sept. 2010 in prison now Dec. 2012 I get excepted to a Mental Health program. So thats 2 years in diliberate indifferences, cruel and unusual, and acting under the color of state law in it self.



Might I add that all of these wrongs are being done to a person who is explaining problems to the proper people, for telling them my past problems and situation and telling them the proper sut solution send me back to Lois Deberry Special Needs now 6 or 8 months later they come up talking about Special Needs I've been telling them that since I first arrived now I've been thru so many close calls, danger out of my mind, not knowing who to trust, homosexualized again and asking for help and not given, and every here staff members act like they don't know what's going on im a threat to myself the inmates, and staff if my minds not functioning properly I've witnesses. Recently I was switched from Dr. Trainuen to Dr. Turner if she was doing her job why switch that in itself proves dilibriate indifferences, cruel and unusual, and acting under the color of state law these claims under Dr. Trainuem was over a 6 to 8 month period. She allowed me halfway out of mind for knowing my illnesses and the insidents I had been in on Hardemore Counties compound. Mrs. Tiptone (medical supervisor) I grieved several times and and talked to her personally and I was on Hardemore Countyies Compound for about a year out of my mind and life in danger for gang violence and my paperwork went thru her hands and she did nothing.